IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

RUSSELL CARTER,

    Plaintiff,

v.      CV 417-88

LUIS LAPITZ,

    Defendant.

**O R D E R**

Before the Court is the parties' stipulation of dismissal with prejudice. (Doc. 11.) Upon due consideration and in accordance with Federal Rule of Civil Procedure 41(a)(1), **IT IS HEREBY ORDERED** that Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** this case. Each party shall bear its own costs.

**ORDER ENTERED** at Augusta, Georgia, this 6th day of March, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA